IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 18-cr-00471-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAN WELCH,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Dan Welch pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. (Doc. # 26.) The Court, having read said Motion and being fully advised in the premises, finds:

On October 10, 2018, the grand jury charged Defendant Dan Welch in Count One of the Indictment in violation of 18 U.S.C. § 1343, Wire Fraud. The Indictment also sought forfeiture in the form of a personal money judgment against Defendant Dan Welch, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the amount of proceeds obtained by Defendant Dan Welch as a result of the offence charged in Count One of the indictment. (Doc. # 1.)

On April 24, 2019, the United States and Defendant Dan Welch entered into a Plea Agreement, which provided that defendant would plead guilty to Count One. It

also contained a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. # 20.)

It is ORDERED that $1,720,392.00 is subject to forfeiture as evidenced by Defendant Dan Welch through commission of the offenses in Count One for which he has pleaded guilty. It is

FURTHER ORDERED that a Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Dan Welch in the amount of $1,720,392.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to Defendant Dan Welch at the time of sentencing and shall be made part of the sentence and included in the judgment. It is

FURTHER ORDERED this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

DATED: June 28, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge