# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00471 WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAN WELCH,

    Defendant.

---

## POSITION OF DEFENDANT WITH RESPECT TO THE PRESENTENCE REPORT

---

Defendant, Dan Welch, by and through his attorney of record, Ronald J. Yengich, pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure, hereby submits to the Court that he has no objections to the presentence report or the way in which the guidelines have been calculated.

RESPECTFULLY SUBMITTED this 29th day of July, 2019.

    By   _s/ Ronald J. Yengich_
          RONALD J. YENGICH
          YENGICH & XAIZ
          560 South 300 East
          Suite 105
          Salt Lake City, Utah 84111
          Telephone: (801) 355-0320
          Fax: (801)364-6026
          e-mail: ronaldy333@aol.com
          Attorney for Defendant Dan Welch