IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 18-cr-00471-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAN WELCH,

    Defendant.

_____

**GOVERNMENT'S SENTENCING STATEMENT AND
POSITION RELATIVE TO 18 U.S.C. 3143(a)**
_____

The government advises the Court it has no objection to the contents of the presentence report or the calculations therein. Further, the government agrees with the Probation Department that self-surrender would be appropriate [ECF 28-1, p. R-5]. The government will offer no evidence under Title 18, United States Code, Section 3143(a) relating to flight risk or danger to the safety of the community or any other person. On that issue, the government advises the court the defendant was debriefed months prior to the indictment in this matter and was as forthright as any defendant that undersigned counsel has ever debriefed. In fact, the defendant offered some inculpatory information when the government would have had nothing to refute an innocent explanation relating to some issues.

After the debriefing and knowing the fact that an indictment was looming, the defendant took no steps to flee or to hide assets. Therefore, the government believes self-surrender is appropriate.

Respectfully submitted,

JASON DUNN
UNITED STATES ATTORNEY

*s/ Robert Brown*
ROBERT BROWN
Assistant U.S. Attorney
1801 California St, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Robert.Brown5@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on this 31st day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                By: *s/ Glenda Galloway*
                     Legal Assistant
                     United States Attorney's Office