# AFFIDAVIT OF TAIA WELCH

County of Utah        )
                      )   ss.
STATE OF UTAH  )

I, Taia Welch, do hereby say:

1) I am the daughter of Dan Welch and I am currently 16 years of age.

2) I was living with Dan prior to Dan being sentenced to the Bureau of Prisons.

3) I have lived solely with Dan since I was approximately 8 years old. Dan is the only consistent parent I have had in my life.

4) My mother, Kristi Smith, is an unstable alcoholic and drug addict. Kristi is emotionally and verbally abusive to me.

5) Dan took good care of me. He made sure that my needs were met.

6) After Dan went to BOP, I initially lived with my older sister, Jordan Aula'i. Jordan has two small children. Jordan asked me to find other living arrangements due her concerns about exposure to the Coronavirus caused by my school and work obligations.

7) I work full time at East Moon sushi and attend high school at American Fork High School. I am in my Junior year of high school. I am supporting myself with the money I earn.

8) After leaving Jordan's I stayed with my mother for approximately 6 weeks. I did not feel safe in that environment.

9) I often slept in my car and with friends due to my mother's instability. Her addictions have made her unable to care for me entirely. I became depressed and suicidal while residing with her.

10) While I was living with my mother, my mother repeatedly told me to "get out or I'll call the police" about once a week. My mother is rarely sober. I have videos of my mother intoxicated and verbally abusing and threatening me. I am willing to share those videos.

11) My mother has an extensive criminal history associated with her substance abuse issues and has two other daughters that she has kicked out of her home.

12) Since leaving my mother's, I moved in with my other sister, Christin Larson. Christin has a young son who suffers from asthma. Christin is concerned about me exposing her son to Coronavirus due to my work and school obligations and has asked me to find other accommodations. I do not currently have anywhere else to go.

13) I want Dan to come home because I do not have any stability in my life right now.

14) If Dan does not get released, I do not know where I will go. I will try to finish my junior year, try to graduate early, and try to enter college. I do not know how I will pay for college or where I will live.

15) I do not have any other relatives that can take me in because of the pandemic. I do not have a stable place to live and need my dad to come home so I have a stable place to live.

16) I need my dad to come home and help me.

Executed this __Taia Welch__ day of __10/13_____ 2020.

_Taia Welch (Oct 13, 2020 22:06 MDT)_
Taia Welch, Affiant