## AFFIDAVIT OF JORDAN AULA'I

County of Utah                    )
                                  )        ss.
STATE OF UTAH   )

I, Jordan Aula'i, do hereby say:

1) I am the older sister of Taia Welch and a daughter of Dan Welch.

2) Following Dan being sentenced to the Bureau of Prisons, I allowed Taia to live with me.

3) After the outbreak of the Coronavirus, I asked Taia to move out as I have young children and was concerned about Coronavirus exposure because Taia is still working and attending school.

4) When Taia left my home, she moved in with her mom, Kristi Smith.

5) Kristi has never taken care of Taia appropriately and has never "been a mom" to Taia.

6) Kristi is a very difficult person because she is a narcissist and has a serious history of drug and alcohol abuse.

7) Kristi neglected Taia when she was young, such as being blackout drunk while Taia was at home.

8) Kristi has a history of DUI cases. When Taia was 6-7 years old, Kristi would have Taia blow into the breathalyzer attached to her ignition so Kristi could drive while intoxicated.

9) Taia's life is out of control now that Dan is not present.

10) Dan was the only consistent parent Taia had in her life. Taia is struggling mentally and emotionally without Dan present.

11) Taia is working and going to school, which raises concerns about Taia being exposed to Coronavirus and then exposing my children. For that reason, I cannot have her return to my home.

Executed this ___13___ day of ___October___ 2020.

Jordan Aulai (Oct 13, 2020 16:47 MDT)

Jordan Aula'i, Affiant