## AFFIDAVIT OF CHRISTIN LARSON

County of Utah      )
                         )    ss.
STATE OF UTAH   )

I, Chrisin Larson, do hereby say:

1) I am a daughter of Dan Welch and the older sister of Taia Welch.

2) When Dan entered the Bureau of Prisons, Taia initially moved in with her other sister, Jordan Aula'i.

3) After the Coronavirus outbreak, Jordan asked Taia to move out because of potential exposure to the Coronavirus.

4) Taia briefly stayed with her mother, Kristi Smith, after leaving Jordan's.

5) Kristi is an alcoholic and verbally abusive towards Taia. Kristi's home is unstable and Taia is not safe residing there.

6) Kristi was vicious to Taia during the short time that Taia was staying with her. Kristi's husband has also threatened Taia.

7) Taia was sleeping in her car a lot of the time while she was at her mother's house.

8) Taia showed me several videos of how she was treated by Kristi while staying with Kristi.

9) Kristi is often drunk. She often sends insulting text messages to me criticizing Taia and my decision to allow Taia to reside with me. I have some of the text messages and am willing to share them if necessary.

10) Kristi does not want Taia to live with her. I have made multiple offers to Kristi to spend time with Taia. Kristi has not taken any action to do so.

11) Taia is now working and attending school, which creates the possibility of my family's exposure to the Coronavirus.

12) Taia is currently residing with me because Taia has nowhere else to go.

13) I am currently transporting Taia to school and work. I am uncomfortable with the risks associated with Taia potentially exposing me and my family to Coronavirus.

14) I am concerned that Taia could expose my children to the Coronavirus unintentionally because Taia is around so many other people at work and school. Taia's school has already had an outbreak of the Coronavirus.

15) My son, Marcus, has asthma and is in a high-risk group for severe illness from contracting Coronavirus. If anyone in my family was exposed to Coronavirus, it could be very dangerous.

16) I felt safer about having Taia live with her during the summer, but now that school has started, I am increasingly uncomfortable in allowing Taia to live at my residence.

17) As a result, I need Taia to find alternative living arrangements.

Executed this __13th__ day of __October__ 2020.

_Christin Larson (Oct 13, 2020 19:10 MDT)_
Christin Larson, Affiant